**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02181-CMA
(Criminal Action No. 10-cr-00213-CMA)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MERLE ALLISON,

      Defendant.

---

## ORDER

---

After preliminary consideration of the defendant's "Motion Under 28 U.S.C.

§ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"

(Doc. # 53), it is now

ORDERED that the United States Attorney, **on or before September 15, 2011**,

shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the

Rules Governing Section 2255 Proceedings.

DATED:  September __01__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge